IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DESHIRE REDDING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-603-RAH-KFP |
| | ) |
| VLP, LLC D/B/A/ PEPI FOOD SERVICES, INC., | ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Parties' Joint Stipulation of Dismissal (Doc. 17), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice on the terms agreed to and set out by the parties. All pending deadlines are **TERMINATED**. The Clerk of the Court is **DIRECTED** to close this case.

**DONE**, on this the 20th day of May, 2022.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE